UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Michael Aten, | ) | Case No. 1:13 CV 2807 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| Mercantile Adjustment Bureau, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has filed a Stipulation of Dismissal (ECF #6) with prejudice of the Complaint in this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). In accordance with Plaintiff's wishes, the Court hereby DISMISSES this action WITH PREJUDICE, each party to bear its own costs.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: March 26, 2014