UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL ATEN,

        Plaintiff,

v.

        Case No. 1:13-cv-2807

MERCANTILE ADJUSTMENT
BUREAU, LLC,

        Defendant.

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff, Michael Aten, and defendant Mercantile Adjustment Bureau, LLC, by and through their undersigned counsel, in the above-titled action and stipulate to the dismissal of this action as to all parties, with prejudice, and with no award of costs to any party.

Dated this 17th day of March, 2014.

Approved:

| | |
|---|---|
| /s/Darryl E. Pittman | /s/ Michael D. Slodov |
| Darryl E. Pittman | SESSIONS, FISHMAN, NATHAN & |
| Pittman Alexander | ISRAEL, LLC |
| 2490 Lee Blvd., Ste. 115 | 15 E Summit St |
| Cleveland, OH 44118 | Chagrin Falls, OH 44022 |
| 216-291-1005 | 440-318-1073 |
| Fax: 216-382-8512 | Fax: 216-359-0049 |
| Email: dlawgood450@sbcglobal.net | Email: mslodov@sessions-law.biz |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:

_____ 3/26/14
U.S.D.J.